# EXHIBIT 6

# U.S. Patent No. 9,101,225 re DuoDiner DLX 6-in-1 Highchair

The following claim charts show exemplary aspects of the DuoDiner DLX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.pre] A convertible children's high chair comprising: | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.1] a frame configured for resting on a floor; | The Accused Device includes a frame configured for resting on a floor.  |
| [1.2] a first child seat defining a first seating surface, the first child seat being coupled to the frame and supported above the floor; and | The Accused Device includes a first child seat defining a first seating surface.  The Accused Device's first child seat is coupled to the frame and supported above the floor. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |

**Claim Text**

[1.3] a second child seat defining a second seating surface, the second child seat configured for being removably coupled to the first child seat;

**Exemplary Infringement Analysis**

The Accused Device includes a second child seat defining a second seating surface.



The Accused Device's second child seat is configured for being removably coupled to the first child seat.

 

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.4] wherein the second child seat defines a base surface configured for engaging the first seating surface of the first child seat when the second child seat is coupled to the first child seat and for resting directly on a flat support surface and thereby supporting the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first child seat. | The Accused Device's second child seat defines a base surface configured for engaging the first seating surface of the first child seat when the second child seat is coupled to the first child seat and for resting directly on a flat support surface and thereby supporting the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first child seat.    |

## Claim 5

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the first child seat defines upwardly extending shoulders on lateral sides of the first seating surface; and | The Accused Device's first child seat defines upwardly extending shoulders on lateral sides of the first seating surface.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.2] wherein, when the second child seat is coupled to the first child seat, at least a portion of the base surface of the second child seat is positioned securely between the first child seat's shoulders. | When the Accused Device's second child seat is coupled to the first child seat, at least a portion of the base surface of the second child seat is positioned securely between the first child seat's shoulders.  |

## Claim 6

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.1] wherein the second child seat defines upwardly extending shoulders on lateral sides of the second seating surface, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first child seat. | The Accused Device's second child seat defines upwardly extending shoulders on lateral sides of the second seating surface, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first child seat.  |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.1] wherein the second child seat is configured for supporting an infant-age child; | The Accused Device's second child seat is configured for supporting an infant-age child.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.2] wherein, when the second child seat is coupled to at least one of the first child seat and the frame, the convertible high chair functions as an infant high chair; and | When the Accused Device's second child seat is coupled to at least one of the first child seat and the frame, the convertible high chair functions as an infant high chair.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.3] wherein, when the second child seat is decoupled from the first child seat and the frame, the second child seat functions as an infant booster seat. | When the Accused Device's second child seat is decoupled from the first child seat and the frame, the second child seat functions as an infant booster seat.  |

## Claim 8

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.1] wherein the first child seat is configured for supporting a toddler-age child; and | The Accused Device's first child seat is configured for supporting a toddler-age child.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.2] wherein, when the second child seat is decoupled from the first child seat and the frame, the first child seat and frame functions as a toddler high chair. | When the Accused Device's second child seat is decoupled from the first child seat and the frame, the first child seat and frame functions as a toddler high chair.<br><br> |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.1] wherein the second child seat's base surface includes one or more non-slip pads configured for gripping the support surface. | The base surface of the Accused Device's second child seat includes one or more non-slip pads configured for gripping the support surface.<br><br> |

**Claim 10**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.1] wherein the base surface of the second child seat is dimensioned for placement on a chair when the second child seat is decoupled from the first child seat and the frame, the support surface comprising the seating surface of the chair. | The base surface of the Accused Device's second child seat is dimensioned for placement on a chair when the second child seat is decoupled from the first child seat and the frame, the support surface comprising the seating surface of the chair.  |

## Claim 11

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible children's high chair of claim 10, | *See* Infringement Analysis and citations in connection with claims 1 and 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.1] wherein the second child seat includes one or more straps configured for securing the second child seat to the chair. | The Accused Device's second child seat includes one or more straps configured for securing the second child seat to the chair.<br><br> |

**Claim 12**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible children's high chair of claim 11, | *See* Infringement Analysis and citations in connection with claims 1 and 10–11. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [12.1] wherein the second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to at least one of the first child seat or the frame. | The Accused Device's second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to at least one of the first child seat or the frame.<br> |

## Claim 13

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.pre] The convertible children's high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 1 and 10–12. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.1] wherein the first and second child seats are configured such that the second the child seat cannot be coupled to the first child seat when the one or more storage compartments are not in a closed position. | The Accused Device's first and second child seats are configured such that the second the child seat cannot be coupled to the first child seat when the one or more storage compartments are not in a closed position.<br><br> |

**Claim 14**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.1] wherein the second child seat includes a locking mechanism configured for selectively engaging at least one of the first child seat and the frame in order to releasably couple the second child seat to at least one of the first child seat and the frame. | The Accused Device's second child seat includes a locking mechanism configured for selectively engaging at least one of the first child seat and the frame in order to releasably couple the second child seat to at least one of the first child seat and the frame. |



# U.S. Patent No. 9,101,225 re Table2Table LX 6-in-1 Highchair

The following claim charts show exemplary aspects of the Table2Table LX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

### Claim 1

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible children's high chair comprising: | The Accused Device is a convertible children's highchair.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.1] a frame configured for resting on a floor; | The Accused Device includes a frame configured for resting on a floor.<br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.2] a first child seat defining a first seating surface, the first child seat being coupled to the frame and supported above the floor; and | The Accused Device includes a first child seat defining a first seating surface.<br><br><br><br>The Accused Device's first child seat being coupled to the frame and supported above the floor.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.3] a second child seat defining a second seating surface, the second child seat configured for being removably coupled to the first child seat; | The Accused Device includes a second child seat defining a second seating surface. |



The Accused Device's second child seat is configured for being removably coupled to the first child seat.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.4] wherein the second child seat defines a base surface configured for engaging the first seating surface of the first child seat when the second child seat is coupled to the first child seat and for resting directly on a flat support surface and thereby supporting the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first child seat. | The Accused Device's second child seat defines a base surface configured for engaging the first seating surface of the first child seat when the second child seat is coupled to the first child seat and for resting directly on a flat support surface and thereby supporting the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first child seat.  |

## Claim 5

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [5.1] wherein the first child seat defines upwardly extending shoulders on lateral sides of the first seating surface; and | The Accused Device's first child seat defines upwardly extending shoulders on lateral sides of the first seating surface.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.2] wherein, when the second child seat is coupled to the first child seat, at least a portion of the base surface of the second child seat is positioned securely between the first child seat's shoulders. | When the Accused Device's second child seat is coupled to the first child seat, at least a portion of the base surface of the second child seat is positioned securely between the first child seat's shoulders.<br><br> |

## Claim 6

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.1] wherein the second child seat defines upwardly extending shoulders on lateral sides of the second seating surface, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first child seat. | The Accused Device's second child seat defines upwardly extending shoulders on lateral sides of the second seating surface, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first child seat.  |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.1] wherein the second child seat is configured for supporting an infant-age child; | The Accused Device's second child seat is configured for supporting an infant-age child.  |
| [7.2] wherein, when the second child seat is coupled to at least one of the first child seat and the frame, the convertible high chair functions as an infant high chair; and | When the Accused Device's second child seat is coupled to at least one of the first child seat and the frame, the convertible high chair functions as an infant high chair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.3] wherein, when the second child seat is decoupled from the first child seat and the frame, the second child seat functions as an infant booster seat. | When the Accused Device's second child seat is decoupled from the first child seat and the frame, the second child seat functions as an infant booster seat.  |

**Claim 8**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.1] wherein the first child seat is configured for supporting a toddler-age child; and | The Accused Device's first child seat is configured for supporting a toddler-age child.  |
| [8.2] wherein, when the second child seat is decoupled from the first child seat and the frame, the first child seat and frame functions as a toddler high chair. | When the Accused Device's second child seat is decoupled from the first child seat and the frame, the first child seat and frame functions as a toddler high chair.  |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [9.1] wherein the second child seat's base surface includes one or more non-slip pads configured for gripping the support surface. | The base surface of the Accused Device's second child seat includes one or more non-slip pads configured for gripping the support surface.  |

**Claim 10**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.1] wherein the base surface of the second child seat is dimensioned for placement on a chair when the second child seat is decoupled from the first child seat and the frame, the support surface comprising the seating surface of the chair. | The base surface of the Accused Device's second child seat is dimensioned for placement on a chair when the second child seat is decoupled from the first child seat and the frame, the support surface comprising the seating surface of the chair.<br><br> |

**Claim 11**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible children's high chair of claim 10, | *See* Infringement Analysis and citations in connection with claims 1 and 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.1] wherein the second child seat includes one or more straps configured for securing the second child seat to the chair. | The Accused Device's second child seat includes one or more straps configured for securing the second child seat to the chair.  |

## Claim 12

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible children's high chair of claim 11, | *See* Infringement Analysis and citations in connection with claims 1 and 10–11. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.1] wherein the second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to at least one of the first child seat or the frame. | The Accused Device's second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to at least one of the first child seat or the frame.  |

**Claim 13**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.pre] The convertible children's high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 1 and 10–12. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.1] wherein the first and second child seats are configured such that the second the child seat cannot be coupled to the first child seat when the one or more storage compartments are not in a closed position. | The Accused Device's first and second child seats are configured such that the second the child seat cannot be coupled to the first child seat when the one or more storage compartments are not in a closed position.   |

## Claim 14

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.1] wherein the second child seat includes a locking mechanism configured for selectively engaging at least one of the first child seat and the frame in order to releasably couple the second child seat to at least one of the first child seat and the frame. | The Accused Device's second child seat includes a locking mechanism configured for selectively engaging at least one of the first child seat and the frame in order to releasably couple the second child seat to at least one of the first child seat and the frame. |



# U.S. Patent No. 9,101,225 re Table2Table Premier Fold Highchair

The following claim charts show exemplary aspects of the Table2Table Premier Fold Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

### Claim 1

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible children's high chair comprising: | The Accused Device is a convertible children's highchair.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.1] a frame configured for resting on a floor; | The Accused Device includes a frame configured for resting on a floor.<br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.2] a first child seat defining a first seating surface, the first child seat being coupled to the frame and supported above the floor; and | The Accused Device includes a first child seat defining a first seating surface.<br><br><br><br>The Accused Device's first child seat being coupled to the frame and supported above the floor.<br><br> |

[1.3] a second child seat defining a second seating surface, the second child seat configured for being removably coupled to the first child seat;

The Accused Device includes a second child seat defining a second seating surface.



The Accused Device's second child seat is configured for being removably coupled to the first child seat.

 

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.4] wherein the second child seat defines a base surface configured for engaging the first seating surface of the first child seat when the second child seat is coupled to the first child seat and for resting directly on a flat support surface and thereby supporting the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first child seat. | The Accused Device's second child seat defines a base surface configured for engaging the first seating surface of the first child seat when the second child seat is coupled to the first child seat and for resting directly on a flat support surface and thereby supporting the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first child seat.   |

## Claim 5

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [5.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the first child seat defines upwardly extending shoulders on lateral sides of the first seating surface; and | The Accused Device's first child seat defines upwardly extending shoulders on lateral sides of the first seating surface.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.2] wherein, when the second child seat is coupled to the first child seat, at least a portion of the base surface of the second child seat is positioned securely between the first child seat's shoulders. | When the Accused Device's second child seat is coupled to the first child seat, at least a portion of the base surface of the second child seat is positioned securely between the first child seat's shoulders.<br><br> |

## Claim 6

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the second child seat defines upwardly extending shoulders on lateral sides of the second seating surface, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first child seat. | The Accused Device's second child seat defines upwardly extending shoulders on lateral sides of the second seating surface, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first child seat.<br> |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] wherein the second child seat is configured for supporting an infant-age child; | The Accused Device's second child seat is configured for supporting an infant-age child.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.2] wherein, when the second child seat is coupled to at least one of the first child seat and the frame, the convertible high chair functions as an infant high chair; and | When the Accused Device's second child seat is coupled to at least one of the first child seat and the frame, the convertible high chair functions as an infant high chair.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.3] wherein, when the second child seat is decoupled from the first child seat and the frame, the second child seat functions as an infant booster seat. | When the Accused Device's second child seat is decoupled from the first child seat and the frame, the second child seat functions as an infant booster seat.  |

## Claim 8

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.1] wherein the first child seat is configured for supporting a toddler-age child; and | The Accused Device's first child seat is configured for supporting a toddler-age child.  |
| [8.2] wherein, when the second child seat is decoupled from the first child seat and the frame, the first child seat and frame functions as a toddler high chair. | When the Accused Device's second child seat is decoupled from the first child seat and the frame, the first child seat and frame functions as a toddler high chair.  |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [9.1] wherein the second child seat's base surface includes one or more non-slip pads configured for gripping the support surface. | The base surface of the Accused Device's second child seat includes one or more non-slip pads configured for gripping the support surface.  |

**Claim 10**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.1] wherein the base surface of the second child seat is dimensioned for placement on a chair when the second child seat is decoupled from the first child seat and the frame, the support surface comprising the seating surface of the chair. | The base surface of the Accused Device's second child seat is dimensioned for placement on a chair when the second child seat is decoupled from the first child seat and the frame, the support surface comprising the seating surface of the chair.  |

## Claim 11

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible children's high chair of claim 10, | *See* Infringement Analysis and citations in connection with claims 1 and 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.1] wherein the second child seat includes one or more straps configured for securing the second child seat to the chair. | The Accused Device's second child seat includes one or more straps configured for securing the second child seat to the chair.  |

## Claim 12

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible children's high chair of claim 11, | *See* Infringement Analysis and citations in connection with claims 1 and 10–11. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.1] wherein the second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to at least one of the first child seat or the frame. | The Accused Device's second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to at least one of the first child seat or the frame.  |

## Claim 13

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.pre] The convertible children's high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 1 and 10–12. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.1] wherein the first and second child seats are configured such that the second the child seat cannot be coupled to the first child seat when the one or more storage compartments are not in a closed position. | The Accused Device's first and second child seats are configured such that the second the child seat cannot be coupled to the first child seat when the one or more storage compartments are not in a closed position.   |

**Claim 14**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.1] wherein the second child seat includes a locking mechanism configured for selectively engaging at least one of the first child seat and the frame in order to releasably couple the second child seat to at least one of the first child seat and the frame. | The Accused Device's second child seat includes a locking mechanism configured for selectively engaging at least one of the first child seat and the frame in order to releasably couple the second child seat to at least one of the first child seat and the frame.  |