# EXHIBIT 7

# U.S. Patent No. 9,883,749 re DuoDiner DLX 6-in-1 Highchair

The following claim charts show exemplary aspects of the DuoDiner DLX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible children's high chair comprising: | The Accused Device is a convertible children's highchair.  |

[1.1] a first seat assembly comprising a frame configured for resting on a floor, and a first child seat attached to the frame and supported above the floor by the frame; and

The Accused Device includes a frame configured for resting on a floor.



The Accused Device includes a first child seat attached to the frame and supported above the floor by the frame.



[1.2] a second child seat comprising a base portion and a seatback portion, wherein the same base portion both engages the first seat assembly when the second child seat is coupled to the first seat assembly in a high chair configuration, and also rests directly on a flat support surface without the need for a separate support member between the base portion and the flat support surface to independently support the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first seat assembly in a booster seat configuration.

The Accused Device includes a second child seat comprising a base portion and a seatback portion.



The same base portion of the Accused Device's second child seat both engages the first seat assembly when the second child seat is coupled to the first seat assembly in a high chair configuration, and also rests directly on a flat support surface without the need for a separate support member between the base portion and the flat support surface to independently support the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first seat assembly in a booster seat configuration.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

**Claim 2**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [2.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [2.1] wherein the first child seat defines upwardly extending shoulders on lateral sides of the first child seat; and | The Accused Device's first child seat defines upwardly extending shoulders on lateral sides of the first child seat.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [2.2] wherein, when the second child seat is coupled to the first seat assembly, at least a portion of the base portion of the second child seat is positioned securely between the first child seat's shoulders. | The Accused Device's second child seat is coupled to the first seat assembly, at least a portion of the base portion of the second child seat is positioned securely between the first child seat's shoulders.<br><br> |

**Claim 3**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [3.pre] The convertible children's high chair of claim 2, | *See* Infringement Analysis and citations in connection with claims 1–2. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.1] wherein the second child seat defines upwardly extending shoulders on lateral sides of the second child seat, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first seat assembly. | The Accused Device's second child seat defines upwardly extending shoulders on lateral sides of the second child seat, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first seat assembly.<br><br> |

## Claim 4

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.1] wherein the second child seat's base portion includes one or more non-slip pads configured for gripping the flat support surface. | The base portion of the Accused Device's second child seat includes one or more non-slip pads configured for gripping the flat support surface.  |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the base portion of the second child seat is dimensioned for placement on a standard adult chair when the second child seat is decoupled from the first seat assembly, the flat support surface comprising the seating surface of the standard adult chair. | The base portion of the Accused Device's second child seat is dimensioned for placement on a standard adult chair when the second child seat is decoupled from the first seat assembly, the flat support surface comprising the seating surface of the standard adult chair.  |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the second child seat includes one or more straps configured for securing the second child seat to the standard adult chair. | The Accused Device's second child seat includes one or more straps configured for securing the second child seat to the standard adult chair.<br><br> |

## Claim 7

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible children's high chair of claim 6, | *See* Infringement Analysis and citations in connection with claims 1 and 5–6. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] wherein the second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to the first seat assembly. | The Accused Device's second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to the first seat assembly.<br><br> |

## Claim 8

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.1] wherein the second child seat includes a locking mechanism configured for selectively engaging the first seat assembly in order to releasably couple the second child seat to the first seat assembly. | The Accused Device's second child seat includes a locking mechanism configured for selectively engaging the first seat assembly in order to releasably couple the second child seat to the first seat assembly.  |

# U.S. Patent No. 9,883,749 re Table2Table LX 6-in-1 Highchair

The following claim charts show exemplary aspects of the Table2Table LX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

## Claim 1

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible children's high chair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.1] a first seat assembly comprising a frame configured for resting on a floor, and a first child seat attached to the frame and supported above the floor by the frame; and | The Accused Device includes a frame configured for resting on a floor.<br><br><br><br>The Accused Device includes a first child seat attached to the frame and supported above the floor by the frame.<br><br> |

[1.2] a second child seat comprising a base portion and a seatback portion, wherein the same base portion both engages the first seat assembly when the second child seat is coupled to the first seat assembly in a high chair configuration, and also rests directly on a flat support surface without the need for a separate support member between the base portion and the flat support surface to independently support the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first seat assembly in a booster seat configuration.

The Accused Device includes a second child seat comprising a base portion and a seatback portion.



The same base portion of the Accused Device's second child seat both engages the first seat assembly when the second child seat is coupled to the first seat assembly in a high chair configuration, and also rests directly on a flat support surface without the need for a separate support member between the base portion and the flat support surface to independently support the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first seat assembly in a booster seat configuration.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |   |

**Claim 2**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [2.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [2.1] wherein the first child seat defines upwardly extending shoulders on lateral sides of the first child seat; and | The Accused Device's first child seat defines upwardly extending shoulders on lateral sides of the first child seat.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [2.2] wherein, when the second child seat is coupled to the first seat assembly, at least a portion of the base portion of the second child seat is positioned securely between the first child seat's shoulders. | The Accused Device's second child seat is coupled to the first seat assembly, at least a portion of the base portion of the second child seat is positioned securely between the first child seat's shoulders.<br><br> |

**Claim 3**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.pre] The convertible children's high chair of claim 2, | *See* Infringement Analysis and citations in connection with claims 1–2. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [3.1] wherein the second child seat defines upwardly extending shoulders on lateral sides of the second child seat, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first seat assembly. | The Accused Device's second child seat defines upwardly extending shoulders on lateral sides of the second child seat, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first seat assembly.  |

## Claim 4

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [4.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.1] wherein the second child seat's base portion includes one or more non-slip pads configured for gripping the flat support surface. | The base portion of the Accused Device's second child seat includes one or more non-slip pads configured for gripping the flat support surface.  |

## Claim 5

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the base portion of the second child seat is dimensioned for placement on a standard adult chair when the second child seat is decoupled from the first seat assembly, the flat support surface comprising the seating surface of the standard adult chair. | The base portion of the Accused Device's second child seat is dimensioned for placement on a standard adult chair when the second child seat is decoupled from the first seat assembly, the flat support surface comprising the seating surface of the standard adult chair.  |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the second child seat includes one or more straps configured for securing the second child seat to the standard adult chair. | The Accused Device's second child seat includes one or more straps configured for securing the second child seat to the standard adult chair.  |

## Claim 7

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible children's high chair of claim 6, | *See* Infringement Analysis and citations in connection with claims 1 and 5–6. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] wherein the second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to the first seat assembly. | The Accused Device's second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to the first seat assembly.  |

## Claim 8

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.1] wherein the second child seat includes a locking mechanism configured for selectively engaging the first seat assembly in order to releasably couple the second child seat to the first seat assembly. | The Accused Device's second child seat includes a locking mechanism configured for selectively engaging the first seat assembly in order to releasably couple the second child seat to the first seat assembly.  |

# U.S. Patent No. 9,883,749 re Table2Table Premier Fold Highchair

The following claim charts show exemplary aspects of the Table2Table Premier Fold Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible children's high chair comprising: | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.1] a first seat assembly comprising a frame configured for resting on a floor, and a first child seat attached to the frame and supported above the floor by the frame; and | The Accused Device includes a frame configured for resting on a floor.<br><br><br><br>The Accused Device includes a first child seat attached to the frame and supported above the floor by the frame.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.2] a second child seat comprising a base portion and a seatback portion, wherein the same base portion both engages the first seat assembly when the second child seat is coupled to the first seat assembly in a high chair configuration, and also rests directly on a flat support surface without the need for a separate support member between the base portion and the flat support surface to independently support the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first seat assembly in a booster seat configuration. | The Accused Device includes a second child seat comprising a base portion and a seatback portion. |



The same base portion of the Accused Device's second child seat both engages the first seat assembly when the second child seat is coupled to the first seat assembly in a high chair configuration, and also rests directly on a flat support surface without the need for a separate support member between the base portion and the flat support surface to independently support the second child seat in a stable upright position on the flat support surface when the second child seat is decoupled from the first seat assembly in a booster seat configuration.




**Claim 2**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [2.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [2.1] wherein the first child seat defines upwardly extending shoulders on lateral sides of the first child seat; and | The Accused Device's first child seat defines upwardly extending shoulders on lateral sides of the first child seat. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [2.2] wherein, when the second child seat is coupled to the first seat assembly, at least a portion of the base portion of the second child seat is positioned securely between the first child seat's shoulders. | The Accused Device's second child seat is coupled to the first seat assembly, at least a portion of the base portion of the second child seat is positioned securely between the first child seat's shoulders.  |

## Claim 3

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [3.pre] The convertible children's high chair of claim 2, | *See* Infringement Analysis and citations in connection with claims 1–2. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.1] wherein the second child seat defines upwardly extending shoulders on lateral sides of the second child seat, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first seat assembly. | The Accused Device's second child seat defines upwardly extending shoulders on lateral sides of the second child seat, the shoulders defining a recessed bottom surface configured for receiving at least a portion of the first child seat's shoulders when the second child seat is coupled to the first seat assembly.<br><br><br><br>Recessed bottom surface |

## Claim 4

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.1] wherein the second child seat's base portion includes one or more non-slip pads configured for gripping the flat support surface. | The base portion of the Accused Device's second child seat includes one or more non-slip pads configured for gripping the flat support surface.<br><br> |

## Claim 5

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the base portion of the second child seat is dimensioned for placement on a standard adult chair when the second child seat is decoupled from the first seat assembly, the flat support surface comprising the seating surface of the standard adult chair. | The base portion of the Accused Device's second child seat is dimensioned for placement on a standard adult chair when the second child seat is decoupled from the first seat assembly, the flat support surface comprising the seating surface of the standard adult chair.  |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.1] wherein the second child seat includes one or more straps configured for securing the second child seat to the standard adult chair. | The Accused Device's second child seat includes one or more straps configured for securing the second child seat to the standard adult chair.  |

## Claim 7

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.pre] The convertible children's high chair of claim 6, | *See* Infringement Analysis and citations in connection with claims 1 and 5–6. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.1] wherein the second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to the first seat assembly. | The Accused Device's second child seat includes one or more storage compartments configured for housing the one or more straps when the second child seat is coupled to the first seat assembly.  |

**Claim 8**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.pre] The convertible children's high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.1] wherein the second child seat includes a locking mechanism configured for selectively engaging the first seat assembly in order to releasably couple the second child seat to the first seat assembly. | The Accused Device's second child seat includes a locking mechanism configured for selectively engaging the first seat assembly in order to releasably couple the second child seat to the first seat assembly.  |