# EXHIBIT 8

# U.S. Patent No. 10,278,513 re DuoDiner DLX 6-in-1 Highchair

The following claim charts show exemplary aspects of the DuoDiner DLX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

### Claim 1

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.pre] A convertible high chair convertible between a high chair configuration and a booster seat configuration, the convertible high chair comprising: | The Accused Device is a convertible children's highchair convertible between a high chair configuration and a booster seat configuration.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.1] a first seating assembly comprising a support frame and a first child seat mounted to the support frame, the support frame comprising a pair of front leg frame members extending downwardly from the first child seat, and a pair of back leg frame members extending downwardly from the first child seat; and | The Accused Device includes a first seating assembly comprising a support frame and a first child seat mounted to the support frame.  The Accused Device's support frame includes a pair of front leg frame members extending downwardly from the first child seat, and a pair of back leg frame members extending downwardly from the first child seat.  |

[1.2] a second child seat configured for use in the high chair configuration and in the booster seat configuration, wherein the second child seat is detachably coupled to the first child seat with a base portion of the second child seat supported over the first child seat in the high chair configuration, and wherein the second child seat is detached from the first child seat with the base portion of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface in the booster seat configuration.

The Accused Device includes a second child seat configured for use in the high chair configuration and in the booster seat configuration.



The Accused Device's second child seat is detachably coupled to the first child seat with a base portion of the second child seat supported over the first child seat in the high chair configuration.



| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| | The Accused Device's second child seat is detached from the first child seat with the base portion of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface in the booster seat configuration. |



## Claim 2

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [2.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

[2.1] wherein the first child seat comprises a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface at the back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward the front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders; and wherein the base portion of the second child seat is positioned in the first seating area and between the first and second side shoulders in the high chair configuration.

The Accused Device's first child seat includes a first seating surface for supporting a child seated thereon.



The Accused Device's first child seat includes first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward the front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders.



The base portion of the Accused Device's second child seat is positioned in the first seating area and between the first and second side shoulders in the high chair configuration.

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| |  |

## Claim 3

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [3.pre] The convertible high chair of claim 2, | *See* Infringement Analysis and citations in connection with claims 1–2. |

[3.1] wherein the second child seat comprises a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface, the first and second mounting shoulders of the second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the high chair configuration.

The Accused Device's second child seat includes a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface.



The first and second mounting shoulders of the Accused Device's second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the high chair configuration.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

## Claim 4

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.1] wherein the base portion of the second child seat comprises non-slip pads that are supported over the first child seat in the high chair configuration, and that rest directly on the flat support surface in the booster seat configuration. | The base portion of the Accused Device's second child seat includes non-slip pads that are supported over the first child seat in the high chair configuration, and that rest directly on the flat support surface in the booster seat configuration.<br><br> |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [5.1] wherein the flat support surface is a seat of a standard adult chair. | The flat support surface is a seat of a standard adult chair.<br><br> |

## Claim 6

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the high chair configuration. | The Accused Device includes at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the high chair configuration.  |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] further comprising wheels at lower ends of at least one of the pair of front leg frame members and the pair of back leg frame members. | The Accused Device includes wheels at lower ends of at least one of the pair of front leg frame members and the pair of back leg frame members.  |

**Claim 8**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.1] further comprising a footrest extending between the pair of front leg frame members of the support frame beneath the first child seat. | The Accused Device includes a footrest extending between the pair of front leg frame members of the support frame beneath the first child seat.<br><br> |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.1] further comprising a tray for removable attachment to the second child seat. | The Accused Device includes a tray for removable attachment to the second child seat. |



## Claim 10

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.pre] A convertible high chair comprising: | The Accused Device is a convertible high chair. |



| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.1] a first child seat comprising a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface along a back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward a front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders; | The Accused Device includes a first child seat comprising a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface along a back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward a front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.2] a support frame comprising a pair of front legs extending from the first child seat and a pair of back legs extending from the first child seat, for supporting the first child seat at an elevated position; and | The Accused Device includes a support frame comprising a pair of front legs extending from the first child seat and a pair of back legs extending from the first child seat, for supporting the first child seat at an elevated position.  |

[10.3] a second child seat comprising a base portion dimensioned to nest within the first seating area of the first child seat between the first and second side shoulders in a first seating configuration with the second child seat detachably mounted to the first child seat, and wherein the base portion of the second child seat further comprises a plurality of non-slip pads for supporting the second child seat on a separate support surface in a second seating configuration with the second child seat detached from the first child seat.

The Accused Device includes a second child seat comprising a base portion dimensioned to nest within the first seating area of the first child seat between the first and second side shoulders in a first seating configuration with the second child seat detachably mounted to the first child seat.



The base portion of the Accused Device's second child seat includes a plurality of non-slip pads for supporting the second child seat on a separate support surface in a second seating configuration with the second child seat detached from the first child seat.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

## Claim 11

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [11.1] wherein the second child seat further comprises a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface, the first and second mounting shoulders of the second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the first seating configuration. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 12**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [12.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.1] wherein the plurality of non-slip pads are configured to rest directly on the separate support surface and support the second child seat in a stable upright position in the second seating configuration. | The Accused Device's plurality of non-slip pads are configured to rest directly on the separate support surface and support the second child seat in a stable upright position in the second seating configuration.  |

## Claim 13

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.pre] The convertible high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 10 and 12. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.1] wherein the separate support surface is a generally flat seat of a standard adult chair. | The separate support surface is a generally flat seat of a standard adult chair.  |

**Claim 14**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [14.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the first seating configuration. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 15**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [15.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [15.1] further comprising wheels at lower ends of at least one of the pair of front legs and the pair of back legs. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 16**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [16.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [16.1] further comprising a footrest extending between the pair of front legs of the support frame beneath the first child seat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [17.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [17.1] further comprising a tray for removable attachment to the second child seat. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 18**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.pre] A convertible high chair comprising: | The Accused Device is a convertible high chair. |



| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.1] a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising sidewalls extending upwardly from opposite lateral sides of the first seat surface; and | The Accused Device includes a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising sidewalls extending upwardly from opposite lateral sides of the first seat surface.  |

[18.2] a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the high chair, the second seat further comprising a lower portion configured for detachable engagement with the first seat in the first configuration of the high chair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the high chair with the second seat detached from the first seat.

The Accused Device includes a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the high chair.



The Accused Device's second seat includes a lower portion configured for detachable engagement with the first seat in the first configuration of the high chair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the high chair with the second seat detached from the first seat.

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| |  |

## Claim 19

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [19.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [19.1] wherein the lower portion of the second seat comprises non-slip pads that are supported over the first seat surface in the first configuration of the high chair, and that rest directly on the support surface in the second configuration of the high chair. | *See* Infringement Analysis and citations in connection with claim 10 and element [10.3] and claim 12 at element [12.1]. |

**Claim 20**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [20.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [20.1] wherein the support surface is a generally flat seat of a standard adult chair. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

**Claim 21**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [21.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [21.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second seat to the first seat in the first configuration of the high chair. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 22**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [22.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [22.1] wherein the frame comprises a first base frame member having first and second ends, a first pair of upward frame members extending upwardly from the first and second ends of the first base frame member, a second base frame member having first and second ends, and a second pair of upward frame members extending upwardly from the first and second ends of the second base frame member. | *See* Infringement Analysis and citations in connection with claim 1 at element [1.1]. |

### Claim 23

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [23.pre] The convertible high chair of claim 22, | *See* Infringement Analysis and citations in connection with claims 18 and 22. |
| [23.1] further comprising wheels positioned adjacent the first and second ends of at least one of the first and second base frame members. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

### Claim 24

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [24.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [24.1] further comprising a footrest extending between front legs of the frame beneath the first seat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 25**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [25.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [25.1] further comprising a tray for removable attachment to the second seat. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

# U.S. Patent No. 10,278,513 re Table2Table LX 6-in-1 Highchair

The following claim charts show exemplary aspects of the Table2Table LX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible high chair convertible between a high chair configuration and a booster seat configuration, the convertible high chair comprising: | The Accused Device is a convertible children's highchair convertible between a high chair configuration and a booster seat configuration.  |

[1.1] a first seating assembly comprising a support frame and a first child seat mounted to the support frame, the support frame comprising a pair of front leg frame members extending downwardly from the first child seat, and a pair of back leg frame members extending downwardly from the first child seat; and

The Accused Device includes a first seating assembly comprising a support frame and a first child seat mounted to the support frame.



The Accused Device's support frame includes a pair of front leg frame members extending downwardly from the first child seat, and a pair of back leg frame members extending downwardly from the first child seat.



Page 2

[1.2] a second child seat configured for use in the high chair configuration and in the booster seat configuration, wherein the second child seat is detachably coupled to the first child seat with a base portion of the second child seat supported over the first child seat in the high chair configuration, and wherein the second child seat is detached from the first child seat with the base portion of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface in the booster seat configuration.

The Accused Device includes a second child seat configured for use in the high chair configuration and in the booster seat configuration.

 

The Accused Device's second child seat is detachably coupled to the first child seat with a base portion of the second child seat supported over the first child seat in the high chair configuration.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
|  | The Accused Device's second child seat is detached from the first child seat with the base portion of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface in the booster seat configuration. |



**Claim 2**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [2.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

[2.1] wherein the first child seat comprises a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface at the back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward the front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders; and wherein the base portion of the second child seat is positioned in the first seating area and between the first and second side shoulders in the high chair configuration.

The Accused Device's first child seat includes a first seating surface for supporting a child seated thereon.



The Accused Device's first child seat includes first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward the front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders.

| **Claim Text** | **Exemplary Infringement Analysis** |
|---|---|



The base portion of the Accused Device's second child seat is positioned in the first seating area and between the first and second side shoulders in the high chair configuration.



**Claim 3**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [3.pre] The convertible high chair of claim 2, | *See* Infringement Analysis and citations in connection with claims 1–2. |
| [3.1] wherein the second child seat comprises a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface, the first and second mounting shoulders of the second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the high chair configuration. | The Accused Device's second child seat includes a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface.<br><br><br><br>The first and second mounting shoulders of the Accused Device's second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the high chair configuration.<br><br> |

**Claim 4**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [4.1] wherein the base portion of the second child seat comprises non-slip pads that are supported over the first child seat in the high chair configuration, and that rest directly on the flat support surface in the booster seat configuration. | The base portion of the Accused Device's second child seat includes non-slip pads that are supported over the first child seat in the high chair configuration, and that rest directly on the flat support surface in the booster seat configuration.  |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the flat support surface is a seat of a standard adult chair. | The flat support surface is a seat of a standard adult chair.  |

## Claim 6

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the high chair configuration. | The Accused Device includes at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the high chair configuration.  |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [7.1] further comprising wheels at lower ends of at least one of the pair of front leg frame members and the pair of back leg frame members. | The Accused Device includes wheels at lower ends of at least one of the pair of front leg frame members and the pair of back leg frame members.  |

**Claim 8**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.1] further comprising a footrest extending between the pair of front leg frame members of the support frame beneath the first child seat. | The Accused Device includes a footrest extending between the pair of front leg frame members of the support frame beneath the first child seat.  |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [9.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [9.1] further comprising a tray for removable attachment to the second child seat. | The Accused Device includes a tray for removable attachment to the second child seat.<br> |

**Claim 10**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.pre] A convertible high chair comprising: | The Accused Device is a convertible high chair.  |
| [10.1] a first child seat comprising a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface along a back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward a front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders; | The Accused Device includes a first child seat comprising a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface along a back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward a front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.2] a support frame comprising a pair of front legs extending from the first child seat and a pair of back legs extending from the first child seat, for supporting the first child seat at an elevated position; and | The Accused Device includes a support frame comprising a pair of front legs extending from the first child seat and a pair of back legs extending from the first child seat, for supporting the first child seat at an elevated position.  |

[10.3] a second child seat comprising a base portion dimensioned to nest within the first seating area of the first child seat between the first and second side shoulders in a first seating configuration with the second child seat detachably mounted to the first child seat, and wherein the base portion of the second child seat further comprises a plurality of non-slip pads for supporting the second child seat on a separate support surface in a second seating configuration with the second child seat detached from the first child seat.

The Accused Device includes a second child seat comprising a base portion dimensioned to nest within the first seating area of the first child seat between the first and second side shoulders in a first seating configuration with the second child seat detachably mounted to the first child seat.



The base portion of the Accused Device's second child seat includes a plurality of non-slip pads for supporting the second child seat on a separate support surface in a second seating configuration with the second child seat detached from the first child seat.



**Claim 11**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [11.1] wherein the second child seat further comprises a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface, the first and second mounting shoulders of the second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the first seating configuration. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 12**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.1] wherein the plurality of non-slip pads are configured to rest directly on the separate support surface and support the second child seat in a stable upright position in the second seating configuration. | The Accused Device's plurality of non-slip pads are configured to rest directly on the separate support surface and support the second child seat in a stable upright position in the second seating configuration.<br> |

## Claim 13

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.pre] The convertible high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 10 and 12. |
| [13.1] wherein the separate support surface is a generally flat seat of a standard adult chair. | The separate support surface is a generally flat seat of a standard adult chair.<br> |

## Claim 14

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [14.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the first seating configuration. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

## Claim 15

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [15.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [15.1] further comprising wheels at lower ends of at least one of the pair of front legs and the pair of back legs. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

## Claim 16

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [16.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [16.1] further comprising a footrest extending between the pair of front legs of the support frame beneath the first child seat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [17.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [17.1] further comprising a tray for removable attachment to the second child seat. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 18**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [18.pre] A convertible high chair comprising: | The Accused Device is a convertible high chair. |



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [18.1] a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising sidewalls extending upwardly from opposite lateral sides of the first seat surface; and | The Accused Device includes a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising sidewalls extending upwardly from opposite lateral sides of the first seat surface.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [18.2] a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the high chair, the second seat further comprising a lower portion configured for detachable engagement with the first seat in the first configuration of the high chair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the high chair with the second seat detached from the first seat. | The Accused Device includes a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the high chair.<br><br><br><br>The Accused Device's second seat includes a lower portion configured for detachable engagement with the first seat in the first configuration of the high chair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the high chair with the second seat detached from the first seat.<br><br>  |

**Claim 19**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [19.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [19.1] wherein the lower portion of the second seat comprises non-slip pads that are supported over the first seat surface in the first configuration of the high chair, and that rest directly on the support surface in the second configuration of the high chair. | *See* Infringement Analysis and citations in connection with claim 10 and element [10.3] and claim 12 at element [12.1]. |

**Claim 20**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [20.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [20.1] wherein the support surface is a generally flat seat of a standard adult chair. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

**Claim 21**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [21.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [21.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second seat to the first seat in the first configuration of the high chair. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

### Claim 24

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [24.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [24.1] further comprising a footrest extending between front legs of the frame beneath the first seat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

### Claim 25

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [25.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [25.1] further comprising a tray for removable attachment to the second seat. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

# U.S. Patent No. 10,278,513 re Table2Table Premier Fold Highchair

The following claim charts show exemplary aspects of the Table2Table Premier Fold Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

## Claim 1

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.pre] A convertible high chair convertible between a high chair configuration and a booster seat configuration, the convertible high chair comprising: | The Accused Device is a convertible children's highchair convertible between a high chair configuration and a booster seat configuration.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.1] a first seating assembly comprising a support frame and a first child seat mounted to the support frame, the support frame comprising a pair of front leg frame members extending downwardly from the first child seat, and a pair of back leg frame members extending downwardly from the first child seat; and | The Accused Device includes a first seating assembly comprising a support frame and a first child seat mounted to the support frame.<br><br><br><br>The Accused Device's support frame includes a pair of front leg frame members extending downwardly from the first child seat, and a pair of back leg frame members extending downwardly from the first child seat.<br><br> |

[1.2] a second child seat configured for use in the high chair configuration and in the booster seat configuration, wherein the second child seat is detachably coupled to the first child seat with a base portion of the second child seat supported over the first child seat in the high chair configuration, and wherein the second child seat is detached from the first child seat with the base portion of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface in the booster seat configuration.

The Accused Device includes a second child seat configured for use in the high chair configuration and in the booster seat configuration.

 

The Accused Device's second child seat is detachably coupled to the first child seat with a base portion of the second child seat supported over the first child seat in the high chair configuration.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| | The Accused Device's second child seat is detached from the first child seat with the base portion of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface in the booster seat configuration. |



**Claim 2**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [2.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

[2.1] wherein the first child seat comprises a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface at the back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward the front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders; and wherein the base portion of the second child seat is positioned in the first seating area and between the first and second side shoulders in the high chair configuration.

The Accused Device's first child seat includes a first seating surface for supporting a child seated thereon.



The Accused Device's first child seat includes first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward the front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders.



The base portion of the Accused Device's second child seat is positioned in the first seating area and between the first and second side shoulders in the high chair configuration.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

**Claim 3**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.pre] The convertible high chair of claim 2, | *See* Infringement Analysis and citations in connection with claims 1–2. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.1] wherein the second child seat comprises a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface, the first and second mounting shoulders of the second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the high chair configuration. | The Accused Device's second child seat includes a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface.  The first and second mounting shoulders of the Accused Device's second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the high chair configuration.  |

**Claim 4**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [4.1] wherein the base portion of the second child seat comprises non-slip pads that are supported over the first child seat in the high chair configuration, and that rest directly on the flat support surface in the booster seat configuration. | The base portion of the Accused Device's second child seat includes non-slip pads that are supported over the first child seat in the high chair configuration, and that rest directly on the flat support surface in the booster seat configuration.  |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [5.1] wherein the flat support surface is a seat of a standard adult chair. | The flat support surface is a seat of a standard adult chair.  |

## Claim 6

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the high chair configuration. | The Accused Device includes at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the high chair configuration.<br><br> |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] further comprising wheels at lower ends of at least one of the pair of front leg frame members and the pair of back leg frame members. | The Accused Device includes wheels at lower ends of at least one of the pair of front leg frame members and the pair of back leg frame members.  |

**Claim 8**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.1] further comprising a footrest extending between the pair of front leg frame members of the support frame beneath the first child seat. | The Accused Device includes a footrest extending between the pair of front leg frame members of the support frame beneath the first child seat. |



## Claim 9

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.1] further comprising a tray for removable attachment to the second child seat. | The Accused Device includes a tray for removable attachment to the second child seat.<br> |

## Claim 10

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.pre] A convertible high chair comprising: | The Accused Device is a convertible high chair.<br> |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.1] a first child seat comprising a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface along a back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward a front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders; | The Accused Device includes a first child seat comprising a first seating surface for supporting a child seated thereon, a backrest extending upwardly from the first seating surface along a back portion of the first child seat, and first and second side shoulders extending upwardly from opposite sides of the first seating surface and extending from the backrest toward a front portion of the first child seat, defining a first seating area above the first seating surface and between the first and second side shoulders.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.2] a support frame comprising a pair of front legs extending from the first child seat and a pair of back legs extending from the first child seat, for supporting the first child seat at an elevated position; and | The Accused Device includes a support frame comprising a pair of front legs extending from the first child seat and a pair of back legs extending from the first child seat, for supporting the first child seat at an elevated position.  |

| | |
|---|---|
| [10.3] a second child seat comprising a base portion dimensioned to nest within the first seating area of the first child seat between the first and second side shoulders in a first seating configuration with the second child seat detachably mounted to the first child seat, and wherein the base portion of the second child seat further comprises a plurality of non-slip pads for supporting the second child seat on a separate support surface in a second seating configuration with the second child seat detached from the first child seat. | The Accused Device includes a second child seat comprising a base portion dimensioned to nest within the first seating area of the first child seat between the first and second side shoulders in a first seating configuration with the second child seat detachably mounted to the first child seat. <br><br>   <br><br> The base portion of the Accused Device's second child seat includes a plurality of non-slip pads for supporting the second child seat on a separate support surface in a second seating configuration with the second child seat detached from the first child seat. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| |  |

## Claim 11

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [11.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.1] wherein the second child seat further comprises a second seating surface for supporting a child seated thereon, and first and second mounting shoulders extending along opposite sides of the second seating surface, the first and second mounting shoulders of the second child seat having recessed bottom surfaces dimensioned to receive the first and second side shoulders of the first child seat in the first seating configuration. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

### Claim 12

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.1] wherein the plurality of non-slip pads are configured to rest directly on the separate support surface and support the second child seat in a stable upright position in the second seating configuration. | The Accused Device's plurality of non-slip pads are configured to rest directly on the separate support surface and support the second child seat in a stable upright position in the second seating configuration.  |

**Claim 13**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.pre] The convertible high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 10 and 12. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.1] wherein the separate support surface is a generally flat seat of a standard adult chair. | The separate support surface is a generally flat seat of a standard adult chair.  |

## Claim 14

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [14.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second child seat to the first child seat in the first seating configuration. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 15**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [15.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [15.1] further comprising wheels at lower ends of at least one of the pair of front legs and the pair of back legs. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 16**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [16.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [16.1] further comprising a footrest extending between the pair of front legs of the support frame beneath the first child seat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [17.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claim 10. |
| [17.1] further comprising a tray for removable attachment to the second child seat. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 18**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.pre] A convertible high chair comprising: | The Accused Device is a convertible high chair.  |
| [18.1] a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising sidewalls extending upwardly from opposite lateral sides of the first seat surface; and | The Accused Device includes a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising sidewalls extending upwardly from opposite lateral sides of the first seat surface.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |

[18.2] a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the high chair, the second seat further comprising a lower portion configured for detachable engagement with the first seat in the first configuration of the high chair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the high chair with the second seat detached from the first seat.

The Accused Device includes a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the high chair.



The Accused Device's second seat includes a lower portion configured for detachable engagement with the first seat in the first configuration of the high chair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the high chair with the second seat detached from the first seat.

 

**Claim 19**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [19.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [19.1] wherein the lower portion of the second seat comprises non-slip pads that are supported over the first seat surface in the first configuration of the high chair, and that rest directly on the support surface in the second configuration of the high chair. | *See* Infringement Analysis and citations in connection with claim 10 and element [10.3] and claim 12 at element [12.1]. |

**Claim 20**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [20.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [20.1] wherein the support surface is a generally flat seat of a standard adult chair. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

**Claim 21**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [21.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [21.1] further comprising at least one spring-loaded lock and release mechanism for releasably locking the second seat to the first seat in the first configuration of the high chair. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 24**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [24.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [24.1] further comprising a footrest extending between front legs of the frame beneath the first seat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 25**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [25.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claim 18. |
| [25.1] further comprising a tray for removable attachment to the second seat. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |