# **EXHIBIT 9**

# U.S. Patent No. 10,835,053 re DuoDiner DLX 6-in-1 Highchair

The following claim charts show exemplary aspects of the DuoDiner DLX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.1] a frame configured for resting on a support surface, the frame including a plurality of upwardly extending frame members; | The Accused Device includes a frame configured for resting on a support surface.<br><br><br><br>The Accused Device's frame includes a plurality of upwardly extending frame members.<br><br> |

[1.2] a first child seat supported in an elevated position above the support surface by the upwardly extending frame members, the first child seat comprising a first seating surface;

The Accused Device includes a first child seat supported in an elevated position above the support surface by the upwardly extending frame members.



The Accused Device's first child seat includes a first seating surface.

**Claim Text**                          **Exemplary Infringement Analysis**



| | |
|---|---|
| [1.3] a second child seat comprising a second seating surface, and a base surface, wherein the base surface of the second child seat is dimensioned to nest within the first child seat in a high chair configuration when the second child seat is coupled to the high chair, and wherein the base surface of the second child seat is also configured to provide a stable platform on which the second child seat rests on a separate support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the high chair. | The Accused Device includes a second child seat comprising a second seating surface, and a base surface. |



The base surface of the Accused Device's second child seat is dimensioned to nest within the first child seat in a high chair configuration when the second child seat is coupled to the high chair.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| | <br><br>The base surface of the Accused Device's second child seat is also configured to provide a stable platform on which the second child seat rests on a separate support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the high chair. |

**Claim 3**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.1] wherein the support surface upon which the frame rests in the high chair configuration is a floor surface, and wherein the separate support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | The support surface upon which the Accused Device's frame rests in the high chair configuration is a floor surface.  The separate support surface upon which the Accused Device's second child seat rests in the booster seat configuration is a dining chair seat surface.  |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [5.1] wherein the first child seat comprises shoulders extending upwardly from lateral sides of the first seating surface. | The Accused Device's first child seat includes shoulders extending upwardly from lateral sides of the first seating surface.<br><br> |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the high chair. | The Accused Device's second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the high chair.  |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.1] wherein the base surface of the second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the high chair. | The base surface of the Accused Device's second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the high chair.  |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [9.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the separate support surface when the second child seat is decoupled from the high chair for use in the booster seat configuration. | The base surface of the Accused Device's second child seat includes four non-slip pads for gripping the separate support surface when the second child seat is decoupled from the high chair for use in the booster seat configuration.  |

## Claim 10

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.1] wherein the base surface of the second child seat is dimensioned for placement on a dining chair when the second child seat is decoupled from the high chair and used in the booster seat configuration. | The base surface of the Accused Device's second child seat is dimensioned for placement on a dining chair when the second child seat is decoupled from the high chair and used in the booster seat configuration.<br><br> |

**Claim 11**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claims 1 and 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | The Accused Device's second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration.  |

## Claim 12

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible high chair of claim 11, | *See* Infringement Analysis and citations in connection with claims 1 and 10–11. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the high chair in the high chair configuration. | The Accused Device's second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the high chair in the high chair configuration.<br><br> |

## Claim 13

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.pre] The convertible high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 1 and 10–12. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.1] wherein the second child seat is unable to be coupled to the high chair unless the storage compartment is closed. | The Accused Device's second child seat is unable to be coupled to the first child seat unless the storage compartment is closed.  |

## Claim 14

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|

[14.1] a support frame comprising four generally upright frame members, the support frame configured to support the convertible high chair on a floor;

The Accused Device includes a support frame comprising four generally upright frame members.



The Accused Device's support frame is configured to support the convertible high chair on a floor.



[14.2] a first child seat defining a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface, the first child seat being supported in an elevated position above the floor by the support frame; and

The Accused Device includes a first child seat defining a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface.



The Accused Device's first child seat is supported in an elevated position above the floor by the support frame.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

| | |
|---|---|
| [14.3] a second child seat configured for convertible use in a high chair configuration and in a booster seat configuration— | The Accused Device includes a second child seat configured for convertible use in a high chair configuration and in a booster seat configuration.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.4] wherein in the high chair configuration the second child seat fits securely on top of the first child seat and is supported above the floor by the support frame, with a base surface of the second child seat fitting within the shoulders of the first child seat; | In the high chair configuration, the Accused Device's second child seat fits securely on top of the first child seat and is supported above the floor by the support frame, with a base surface of the second child seat fitting within the shoulders of the first child seat.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.5] and in the booster seat configuration the second child seat is decoupled from the first child seat with the base surface of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface. | In the booster seat configuration, the Accused Device's second child seat is decoupled from the first child seat with the base surface of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface.  |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [17.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [17.1] wherein the generally flat support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 18**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.pre] The convertible high chair of claim 17, | *See* Infringement Analysis and citations in connection with claims 14 and 17. |
| [18.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 11 at element [11.1]. |

**Claim 19**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [19.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claims 14 and 17–18. |
| [19.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the first child seat in the high chair configuration. | *See* Infringement Analysis and citations in connection with claim 12 at element [12.1]. |

**Claim 20**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [20.pre] The convertible high chair of claim 19, | *See* Infringement Analysis and citations in connection with claims 14 and 17–19. |
| [20.1] wherein the second child seat is unable to be coupled to the first child seat unless the storage compartment is closed. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

**Claim 22**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [22.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [22.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 23**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [23.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [23.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the generally flat support surface when the second child seat is used in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 24**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [24.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair. |



[24.1] a frame configured for resting on a support surface, the frame including a plurality of upwardly extending frame members;

The Accused Device includes a frame configured for resting on a support surface.



The Accused Device's frame includes a plurality of upwardly extending frame members.



[24.2] a first child seat comprising a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface, the first child seat being supported in an elevated position above a floor by the support frame; and

The Accused Device includes a first child seat comprising a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface.



The Accused Device's first child seat is supported in an elevated position above a floor by the support frame.

**Claim Text**                                **Exemplary Infringement Analysis**



[24.3] a second child seat comprising a second seating surface and a base surface, wherein the base surface of the second child seat is dimensioned to nest within the shoulders of the first child seat when the second child seat is coupled to the first child seat in a high chair configuration, and wherein the base surface of the second child seat is also configured to provide a stable platform on which the second child seat rests on a support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the first child seat.

The Accused Device includes a second child seat comprising a second seating surface and a base surface.



The base surface of the Accused Device's second child seat is dimensioned to nest within the shoulders of the first child seat when the second child seat is coupled to the first child seat in a high chair configuration.

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |



The base surface of the Accused Device's second child seat is also configured to provide a stable platform on which the second child seat rests on a support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the first child seat.



**Claim 25**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [25.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [25.1] wherein the plurality of upwardly extending frame members of the frame comprise four frame members. | *See* Infringement Analysis and citations in connection with claim 2 at element [2.1]. |

**Claim 26**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [26.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [26.1] further comprising a foot rest secured to upper portions of the upwardly extending frame members beneath the first child seat. | The Accused Device includes a foot rest secured to upper portions of the upwardly extending frame members beneath the first child seat.  |

**Claim 27**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [27.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [27.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the shoulders of the first child seat when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 28**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [28.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [28.1] wherein the base surface of the second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 29**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [29.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [29.1] wherein the base surface of the second child seat is substantially flat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 30**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [30.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [30.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the support surface on which the second child seat rests when the second child seat is decoupled from the first child seat and used in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 31**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [31.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [31.1] wherein the support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 32**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [32.pre] The convertible high chair of claim 31, | *See* Infringement Analysis and citations in connection with claims 24 and 31. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [32.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 11 at element [11.1]. |

**Claim 33**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [33.pre] The convertible high chair of claim 32, | *See* Infringement Analysis and citations in connection with claims 24 and 31–32. |
| [33.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the first child seat in the high chair configuration. | *See* Infringement Analysis and citations in connection with claim 12 at element [12.1]. |

**Claim 34**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [34.pre] The convertible high chair of claim 33, | *See* Infringement Analysis and citations in connection with claims 24 and 31–33. |
| [34.1] wherein the second child seat is unable to be coupled to the first child seat unless the storage compartment is closed. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

# U.S. Patent No. 10,835,053 re Table2Table LX 6-in-1 Highchair

The following claim charts show exemplary aspects of the Table2Table LX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.1] a frame configured for resting on a support surface, the frame including a plurality of upwardly extending frame members; | The Accused Device includes a frame configured for resting on a support surface.  The Accused Device's frame includes a plurality of upwardly extending frame members.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.2] a first child seat supported in an elevated position above the support surface by the upwardly extending frame members, the first child seat comprising a first seating surface; | The Accused Device includes a first child seat supported in an elevated position above the support surface by the upwardly extending frame members.<br><br><br><br>The Accused Device's first child seat includes a first seating surface.<br><br> |

[1.3] a second child seat comprising a second seating surface, and a base surface, wherein the base surface of the second child seat is dimensioned to nest within the first child seat in a high chair configuration when the second child seat is coupled to the high chair, and wherein the base surface of the second child seat is also configured to provide a stable platform on which the second child seat rests on a separate support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the high chair.

The Accused Device includes a second child seat comprising a second seating surface, and a base surface.



The base surface of the Accused Device's second child seat is dimensioned to nest within the first child seat in a high chair configuration when the second child seat is coupled to the high chair.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| | The base surface of the Accused Device's second child seat is also configured to provide a stable platform on which the second child seat rests on a separate support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the high chair.  |

**Claim 3**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.1] wherein the support surface upon which the frame rests in the high chair configuration is a floor surface, and wherein the separate support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | The support surface upon which the Accused Device's frame rests in the high chair configuration is a floor surface.  The separate support surface upon which the Accused Device's second child seat rests in the booster seat configuration is a dining chair seat surface.  |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [5.1] wherein the first child seat comprises shoulders extending upwardly from lateral sides of the first seating surface. | The Accused Device's first child seat includes shoulders extending upwardly from lateral sides of the first seating surface.<br><br> |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the high chair. | The Accused Device's second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the high chair.<br><br> |

## Claim 7

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] wherein the base surface of the second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the high chair. | The base surface of the Accused Device's second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the high chair.  |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [9.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the separate support surface when the second child seat is decoupled from the high chair for use in the booster seat configuration. | The base surface of the Accused Device's second child seat includes four non-slip pads for gripping the separate support surface when the second child seat is decoupled from the high chair for use in the booster seat configuration.  |

**Claim 10**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.1] wherein the base surface of the second child seat is dimensioned for placement on a dining chair when the second child seat is decoupled from the high chair and used in the booster seat configuration. | The base surface of the Accused Device's second child seat is dimensioned for placement on a dining chair when the second child seat is decoupled from the high chair and used in the booster seat configuration.  |

**Claim 11**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claims 1 and 10. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [11.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | The Accused Device's second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. |



## Claim 12

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [12.pre] The convertible high chair of claim 11, | *See* Infringement Analysis and citations in connection with claims 1 and 10–11. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [12.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the high chair in the high chair configuration. | The Accused Device's second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the high chair in the high chair configuration.  |

## Claim 13

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.pre] The convertible high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 1 and 10–12. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [13.1] wherein the second child seat is unable to be coupled to the high chair unless the storage compartment is closed. | The Accused Device's second child seat is unable to be coupled to the first child seat unless the storage compartment is closed.   |

## Claim 14

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.1] a support frame comprising four generally upright frame members, the support frame configured to support the convertible high chair on a floor; | The Accused Device includes a support frame comprising four generally upright frame members.<br><br><br><br>The Accused Device's support frame is configured to support the convertible high chair on a floor.<br><br> |

[14.2] a first child seat defining a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface, the first child seat being supported in an elevated position above the floor by the support frame; and

The Accused Device includes a first child seat defining a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface.



The Accused Device's first child seat is supported in an elevated position above the floor by the support frame.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

| | |
|---|---|
| [14.3] a second child seat configured for convertible use in a high chair configuration and in a booster seat configuration— | The Accused Device includes a second child seat configured for convertible use in a high chair configuration and in a booster seat configuration.<br><br>  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.4] wherein in the high chair configuration the second child seat fits securely on top of the first child seat and is supported above the floor by the support frame, with a base surface of the second child seat fitting within the shoulders of the first child seat; | In the high chair configuration, the Accused Device's second child seat fits securely on top of the first child seat and is supported above the floor by the support frame, with a base surface of the second child seat fitting within the shoulders of the first child seat.  |
| [14.5] and in the booster seat configuration the second child seat is decoupled from the first child seat with the base surface of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface. | In the booster seat configuration, the Accused Device's second child seat is decoupled from the first child seat with the base surface of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface.  |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [17.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [17.1] wherein the generally flat support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 18**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.pre] The convertible high chair of claim 17, | *See* Infringement Analysis and citations in connection with claims 14 and 17. |
| [18.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 11 at element [11.1]. |

**Claim 19**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [19.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claims 14 and 17–18. |
| [19.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the first child seat in the high chair configuration. | *See* Infringement Analysis and citations in connection with claim 12 at element [12.1]. |

**Claim 20**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [20.pre] The convertible high chair of claim 19, | *See* Infringement Analysis and citations in connection with claims 14 and 17–19. |
| [20.1] wherein the second child seat is unable to be coupled to the first child seat unless the storage compartment is closed. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

**Claim 22**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [22.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [22.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 23**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [23.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [23.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the generally flat support surface when the second child seat is used in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 24**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [24.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [24.1] a frame configured for resting on a support surface, the frame including a plurality of upwardly extending frame members; | The Accused Device includes a frame configured for resting on a support surface.<br><br><br><br>The Accused Device's frame includes a plurality of upwardly extending frame members.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [24.2] a first child seat comprising a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface, the first child seat being supported in an elevated position above a floor by the support frame; and | The Accused Device includes a first child seat comprising a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface.  The Accused Device's first child seat is supported in an elevated position above a floor by the support frame.  |

[24.3] a second child seat comprising a second seating surface and a base surface, wherein the base surface of the second child seat is dimensioned to nest within the shoulders of the first child seat when the second child seat is coupled to the first child seat in a high chair configuration, and wherein the base surface of the second child seat is also configured to provide a stable platform on which the second child seat rests on a support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the first child seat.

The Accused Device includes a second child seat comprising a second seating surface and a base surface.



The base surface of the Accused Device's second child seat is dimensioned to nest within the shoulders of the first child seat when the second child seat is coupled to the first child seat in a high chair configuration.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| | The base surface of the Accused Device's second child seat is also configured to provide a stable platform on which the second child seat rests on a support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the first child seat. |



## Claim 25

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [25.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [25.1] wherein the plurality of upwardly extending frame members of the frame comprise four frame members. | *See* Infringement Analysis and citations in connection with claim 2 at element [2.1]. |

## Claim 26

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [26.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [26.1] further comprising a foot rest secured to upper portions of the upwardly extending frame members beneath the first child seat. | The Accused Device includes a foot rest secured to upper portions of the upwardly extending frame members beneath the first child seat.  |

## Claim 27

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [27.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [27.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the shoulders of the first child seat when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 28**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [28.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [28.1] wherein the base surface of the second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 29**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [29.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [29.1] wherein the base surface of the second child seat is substantially flat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 30**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [30.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [30.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the support surface on which the second child seat rests when the second child seat is decoupled from the first child seat and used in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

## Claim 31

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [31.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [31.1] wherein the support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

## Claim 32

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [32.pre] The convertible high chair of claim 31, | *See* Infringement Analysis and citations in connection with claims 24 and 31. |
| [32.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 11 at element [11.1]. |

**Claim 33**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [33.pre] The convertible high chair of claim 32, | *See* Infringement Analysis and citations in connection with claims 24 and 31–32. |
| [33.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the first child seat in the high chair configuration. | *See* Infringement Analysis and citations in connection with claim 12 at element [12.1]. |

**Claim 34**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [34.pre] The convertible high chair of claim 33, | *See* Infringement Analysis and citations in connection with claims 24 and 31–33. |
| [34.1] wherein the second child seat is unable to be coupled to the first child seat unless the storage compartment is closed. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

# U.S. Patent No. 10,835,053 re Table2Table Premier Fold Highchair

The following claim charts show exemplary aspects of the Table2Table Premier Fold Highchair, (the "Accused Device") that infringes the claims below. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair.  |

[1.1] a frame configured for resting on a support surface, the frame including a plurality of upwardly extending frame members;

The Accused Device includes a frame configured for resting on a support surface.



The Accused Device's frame includes a plurality of upwardly extending frame members.

**Claim Text**                    **Exemplary Infringement Analysis**



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.2] a first child seat supported in an elevated position above the support surface by the upwardly extending frame members, the first child seat comprising a first seating surface; | The Accused Device includes a first child seat supported in an elevated position above the support surface by the upwardly extending frame members.<br><br><br><br>The Accused Device's first child seat includes a first seating surface.<br><br> |

[1.3] a second child seat comprising a second seating surface, and a base surface, wherein the base surface of the second child seat is dimensioned to nest within the first child seat in a high chair configuration when the second child seat is coupled to the high chair, and wherein the base surface of the second child seat is also configured to provide a stable platform on which the second child seat rests on a separate support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the high chair.

The Accused Device includes a second child seat comprising a second seating surface, and a base surface.



Base surface

The base surface of the Accused Device's second child seat is dimensioned to nest within the first child seat in a high chair configuration when the second child seat is coupled to the high chair.

| Claim Text | Exemplary Infringement Analysis |
|---|---|



The base surface of the Accused Device's second child seat is also configured to provide a stable platform on which the second child seat rests on a separate support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the high chair.



**Claim 3**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [3.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [3.1] wherein the support surface upon which the frame rests in the high chair configuration is a floor surface, and wherein the separate support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | The support surface upon which the Accused Device's frame rests in the high chair configuration is a floor surface.  The separate support surface upon which the Accused Device's second child seat rests in the booster seat configuration is a dining chair seat surface.  |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [5.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |
| [5.1] wherein the first child seat comprises shoulders extending upwardly from lateral sides of the first seating surface. | The Accused Device's first child seat includes shoulders extending upwardly from lateral sides of the first seating surface.<br><br> |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.pre] The convertible high chair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the high chair. | The Accused Device's second child seat defines recessed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the high chair.  |

## Claim 7

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.1] wherein the base surface of the second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the high chair. | The base surface of the Accused Device's second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the high chair.  |

**Claim 9**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [9.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [9.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the separate support surface when the second child seat is decoupled from the high chair for use in the booster seat configuration. | The base surface of the Accused Device's second child seat includes four non-slip pads for gripping the separate support surface when the second child seat is decoupled from the high chair for use in the booster seat configuration.  |

## Claim 10

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.pre] The convertible high chair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [10.1] wherein the base surface of the second child seat is dimensioned for placement on a dining chair when the second child seat is decoupled from the high chair and used in the booster seat configuration. | The base surface of the Accused Device's second child seat is dimensioned for placement on a dining chair when the second child seat is decoupled from the high chair and used in the booster seat configuration.<br><br> |

## Claim 11

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [11.pre] The convertible high chair of claim 10, | *See* Infringement Analysis and citations in connection with claims 1 and 10. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | The Accused Device's second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration.  |

**Claim 12**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible high chair of claim 11, | *See* Infringement Analysis and citations in connection with claims 1 and 10–11. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [12.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the high chair in the high chair configuration. | The Accused Device's second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the high chair in the high chair configuration.  |

## Claim 13

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.pre] The convertible high chair of claim 12, | *See* Infringement Analysis and citations in connection with claims 1 and 10–12. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.1] wherein the second child seat is unable to be coupled to the high chair unless the storage compartment is closed. | The Accused Device's second child seat is unable to be coupled to the first child seat unless the storage compartment is closed.   |

**Claim 14**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.1] a support frame comprising four generally upright frame members, the support frame configured to support the convertible high chair on a floor; | The Accused Device includes a support frame comprising four generally upright frame members.<br><br><br><br>The Accused Device's support frame is configured to support the convertible high chair on a floor.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.2] a first child seat defining a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface, the first child seat being supported in an elevated position above the floor by the support frame; and | The Accused Device includes a first child seat defining a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface.  The Accused Device's first child seat is supported in an elevated position above the floor by the support frame.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.3] a second child seat configured for convertible use in a high chair configuration and in a booster seat configuration— | The Accused Device includes a second child seat configured for convertible use in a high chair configuration and in a booster seat configuration.   |
| [14.4] wherein in the high chair configuration the second child seat fits securely on top of the first child seat and is supported above the floor by the support frame, with a base surface of the second child seat fitting within the shoulders of the first child seat; | In the high chair configuration, the Accused Device's second child seat fits securely on top of the first child seat and is supported above the floor by the support frame, with a base surface of the second child seat fitting within the shoulders of the first child seat.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.5] and in the booster seat configuration the second child seat is decoupled from the first child seat with the base surface of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface. | In the booster seat configuration, the Accused Device's second child seat is decoupled from the first child seat with the base surface of the second child seat configured to rest directly on a generally flat support surface and support the second child seat in a stable upright position on the generally flat support surface.  |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [17.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [17.1] wherein the generally flat support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 18**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.pre] The convertible high chair of claim 17, | *See* Infringement Analysis and citations in connection with claims 14 and 17. |
| [18.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 11 at element [11.1]. |

**Claim 19**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [19.pre] The convertible high chair of claim 18, | *See* Infringement Analysis and citations in connection with claims 14 and 17–18. |
| [19.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the first child seat in the high chair configuration. | *See* Infringement Analysis and citations in connection with claim 12 at element [12.1]. |

**Claim 20**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [20.pre] The convertible high chair of claim 19, | *See* Infringement Analysis and citations in connection with claims 14 and 17–19. |
| [20.1] wherein the second child seat is unable to be coupled to the first child seat unless the storage compartment is closed. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |

**Claim 22**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [22.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [22.1] wherein the second child seat definesssed bottom surfaces dimensioned to receive the first child seat's shoulders when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 23**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [23.pre] The convertible high chair of claim 14, | *See* Infringement Analysis and citations in connection with claim 14. |
| [23.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the generally flat support surface when the second child seat is used in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 24**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [24.pre] A convertible high chair comprising: | The Accused Device is a convertible children's highchair.  |

[24.1] a frame configured for resting on a support surface, the frame including a plurality of upwardly extending frame members;

The Accused Device includes a frame configured for resting on a support surface.



The Accused Device's frame includes a plurality of upwardly extending frame members.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [24.2] a first child seat comprising a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface, the first child seat being supported in an elevated position above a floor by the support frame; and | The Accused Device includes a first child seat comprising a first seating surface and shoulders extending upwardly from lateral sides of the first seating surface.<br><br><br><br>The Accused Device's first child seat is supported in an elevated position above a floor by the support frame.<br><br> |

[24.3] a second child seat comprising a second seating surface and a base surface, wherein the base surface of the second child seat is dimensioned to nest within the shoulders of the first child seat when the second child seat is coupled to the first child seat in a high chair configuration, and wherein the base surface of the second child seat is also configured to provide a stable platform on which the second child seat rests on a support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the first child seat.

The Accused Device includes a second child seat comprising a second seating surface and a base surface.



The base surface of the Accused Device's second child seat is dimensioned to nest within the shoulders of the first child seat when the second child seat is coupled to the first child seat in a high chair configuration.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| | The base surface of the Accused Device's second child seat is also configured to provide a stable platform on which the second child seat rests on a support surface, without the need for a separate base or support member, in a booster seat configuration when the second child seat is decoupled from the first child seat. |



## Claim 25

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [25.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [25.1] wherein the plurality of upwardly extending frame members of the frame comprise four frame members. | *See* Infringement Analysis and citations in connection with claim 2 at element [2.1]. |

**Claim 26**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [26.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [26.1] further comprising a foot rest secured to upper portions of the upwardly extending frame members beneath the first child seat. | The Accused Device includes a foot rest secured to upper portions of the upwardly extending frame members beneath the first child seat. |

**Claim 27**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [27.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [27.1] wherein the second child seat defines recessed bottom surfaces dimensioned to receive the shoulders of the first child seat when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 28**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [28.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [28.1] wherein the base surface of the second child seat is supported above the first seating surface of the first child seat when the second child seat is coupled to the first child seat. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 29**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [29.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [29.1] wherein the base surface of the second child seat is substantially flat. | *See* Infringement Analysis and citations in connection with claim 8 at element [8.1]. |

**Claim 30**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [30.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [30.1] wherein the base surface of the second child seat comprises four non-slip pads for gripping the support surface on which the second child seat rests when the second child seat is decoupled from the first child seat and used in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 9 at element [9.1]. |

**Claim 31**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [31.pre] The convertible high chair of claim 24, | *See* Infringement Analysis and citations in connection with claim 24. |
| [31.1] wherein the support surface upon which the second child seat rests in the booster seat configuration is a dining chair seat surface. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 32**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [32.pre] The convertible high chair of claim 31, | *See* Infringement Analysis and citations in connection with claims 24 and 31. |
| [32.1] wherein the second child seat includes a strap for securing the second child seat to the dining chair in the booster seat configuration. | *See* Infringement Analysis and citations in connection with claim 11 at element [11.1]. |

**Claim 33**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [33.pre] The convertible high chair of claim 32, | *See* Infringement Analysis and citations in connection with claims 24 and 31–32. |
| [33.1] wherein the second child seat includes a storage compartment configured for housing the strap when the second child seat is coupled to the first child seat in the high chair configuration. | *See* Infringement Analysis and citations in connection with claim 12 at element [12.1]. |

**Claim 34**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [34.pre] The convertible high chair of claim 33, | *See* Infringement Analysis and citations in connection with claims 24 and 31–33. |
| [34.1] wherein the second child seat is unable to be coupled to the first child seat unless the storage compartment is closed. | *See* Infringement Analysis and citations in connection with claim 13 at element [13.1]. |