# EXHIBIT 10

# U.S. Patent No. 11,534,006 re DuoDiner DLX 6-in-1 Highchair

The following claim charts show exemplary aspects of the DuoDiner DLX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.1] a frame configured for resting on a floor; | The Accused Device includes a frame configured for resting on a floor.<br> |

[1.2] a first child seat defining a first seating surface, the first child seat being coupled to the frame with the first seating surface supported above the floor; and

The Accused Device includes a first child seat defining a first seating surface.



The Accused Device's first child seat may be coupled to the frame with the first seating surface supported above the floor.

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
|  |  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.3] a second child seat comprising an upper portion defining a second seating surface configured for supporting a child, and a lower portion having a lower surface configured for resting on a flat support surface and supporting the second child seat in a stable upright position on the flat support surface, | The Accused Device includes a second child seat comprising an upper portion defining a second seating surface configured for supporting a child. |



The Accused Device includes a second child seat with a lower portion having a lower surface configured for resting on a flat support surface and supporting the second child seat in a stable upright position on the flat support surface.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.4] wherein the upper and lower portions of the second child seat are configured for detachably coupling to the first child seat. | The Accused Device's upper and lower portions of the second child seat are configured for detachably coupling to the first child seat. |



## Claim 3

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [3.pre] The convertible children's highchair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

[3.1] wherein the frame comprises a first base frame member having first and second ends, a first pair of upward frame members extending upwardly from the first and second ends of the first base frame member, a second base frame member having first and second ends, and a second pair of upward frame members extending upwardly from the first and second ends of the second base frame member.

The Accused Device's frame comprises a first base frame member having first and second ends.



The Accused Device includes a first pair of upward frame members extending upwardly from the first and second ends of the first base frame member, a second base frame member having first and second ends, and a second pair of upward frame members extending upwardly from the first and second ends of the second base frame member.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

**Claim 4**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.pre] The convertible children's highchair of claim 3, | *See* Infringement Analysis and citations in connection with claims 1–2. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [4.1] further comprising wheels positioned adjacent the first and second ends of the first and second base frame members. | The Accused Device includes wheels positioned adjacent the first and second ends of the first and second base frame members.  |

## Claim 5

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's highchair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the first child seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of the first seating surface, configured to function as armrests for a child seated on the first child seat. | The Accused Device's first child seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of the first seating surface, configured to function as armrests for a child seated on the first child seat.<br><br> |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's highchair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the upper portion of the second child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the second seating surface, configured to function as armrests for a child seated on the second child seat. | The Accused Device's the upper portion of the second child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the second seating surface, configured to function as armrests for a child seated on the second child seat.  |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible children's highchair of claim 6, | *See* Infringement Analysis and citations in connection with claims 1 and 5–6. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the second child seat is coupled to the first child seat. | The Accused Device's second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the second child seat is coupled to the first child seat.  |

## Claim 8

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.pre] A convertible children's highchair comprising | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.1] a child seat, the child seat comprising a first part comprising a support base for supporting the child seat on a standard chair, and | The Accused Device includes a child seat, the child seat comprising a first part comprising a support base for supporting the child seat on a standard chair.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.2] a second part comprising a child seat support surface for supporting a child seated thereon, | The Accused Device's child seat includes a second part comprising a child seat support surface for supporting a child seated thereon.  |
| [8.3] wherein the first part and the second part are configured for detachable engagement with a support frame comprising a support frame seat for supporting a child seated thereon. | The Accused Device's first part and the second part are configured for detachable engagement with a support frame comprising a support frame seat for supporting a child seated thereon.  |

## Claim 10

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [10.pre] The convertible children's highchair of claim 8, | *See* Infringement Analysis and citations in connection with claim 8. |
| [10.1] wherein the support frame comprises a first base frame member having first and second ends, a first pair of upward frame members extending upwardly from the first and second ends of the first base frame member, a second base frame member having first and second ends, and a second pair of upward frame members extending upwardly from the first and second ends of the second base frame member. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

## Claim 11

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [11.pre] The convertible children's highchair of claim 10, | *See* Infringement Analysis and citations in connection with claim 8 and 10. |
| [11.1] further comprising wheels positioned adjacent the first and second ends of the first and second base frame members. | *See* Infringement Analysis and citations in connection with claim 4 at element [4.1]. |

**Claim 12**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [12.pre] The convertible children's highchair of claim 8, | *See* Infringement Analysis and citations in connection with claims 8 and 10–11. |
| [12.1] wherein the support frame seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of a support frame seating surface, configured to function as armrests for a child seated on the support frame seat. | *See* Infringement Analysis and citations in connection with claim 5 at element [5.1]. |

**Claim 13**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.pre] The convertible children's highchair of claim 12, | *See* Infringement Analysis and citations in connection with claims 8 and 10–12. |
| [13.1] wherein the second part of the child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the child seat support surface, configured to function as armrests for a child seated on the child seat support surface. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 14**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.pre] The convertible children's highchair of claim 13, | *See* Infringement Analysis and citations in connection with claims 8 and 10–13. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.1] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the child seat is engaged with the support frame. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 15**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [15.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [15.1] a frame; | The Accused Device includes a frame.  |
| [15.2] a first seat coupled to the frame to form a base assembly; and | The Accused Device includes a first seat coupled to the frame to form a base assembly.  |

[15.3] a second seat detachably coupled to the base assembly in a first configuration of the convertible children's highchair, the second seat comprising an upper surface for receiving a child seated thereon, and the second seat further comprising a lower portion for supporting the second seat on a separate support surface in a second configuration of the convertible children's highchair with the second seat detached from the base assembly.

The Accused Device includes a second seat detachably coupled to the base assembly in a first configuration of the convertible children's highchair.



The Accused Device's second seat includes an upper surface for receiving a child seated thereon.



The Accused Device's second seat includes a lower portion for supporting the second seat on a separate support surface in a second configuration of the convertible children's highchair with the second seat detached from the base assembly.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

## Claim 16

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [16.pre] The convertible children's highchair of claim 15, | *See* Infringement Analysis and citations in connection with claim 15. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [16.1] wherein the lower portion of the second seat is configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair. | The lower portion of the Accused Device's second seat is configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair.  |

## Claim 17

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [17.pre] The convertible children's highchair of claim 16, | *See* Infringement Analysis and citations in connection with claims 15–16. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [17.1] wherein an upper portion of the second seat comprising the upper surface is also configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair. | The upper surface of the Accused Device's second seat is also configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair.<br><br> |

## Claim 18

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.pre] The convertible children's highchair of claim 17, | *See* Infringement Analysis and citations in connection with claims 15–17. |
| [18.1] wherein the first seat comprises a first pair of shoulders extending upwardly from opposite lateral sides thereof and configured to function as armrests for a child seated on the first seat, and | *See* Infringement Analysis and citations in connection with claim 5 at element [5.1]. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [18.2] wherein the upper portion of the second seat comprises a second pair of shoulders extending upwardly from opposite lateral sides thereof and configured to function as armrests for a child seated on the second seat, and | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |
| [18.3] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders in the first configuration of the convertible children's highchair. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 19**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [19.pre] The convertible children's highchair of claim 15, | *See* Infringement Analysis and citations in connection with claim 15. |
| [19.1] wherein the frame comprises a first base frame member having first and second ends, a first pair of upward frame members extending upwardly from the first and second ends of the first base frame member, a second base frame member having first and second ends, and a second pair of upward frame members extending upwardly from the first and second ends of the second base frame member. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 20**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [20.pre] The convertible children's highchair of claim 19, | *See* Infringement Analysis and citations in connection with claims 15 and 19. |
| [20.1] further comprising wheels positioned adjacent the first and second ends of the first and second base frame members. | *See* Infringement Analysis and citations in connection with claim 4 at element [4.1]. |

**Claim 21**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [21.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [21.1] a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising side walls extending upwardly from opposite lateral sides of the first seat surface; and | The Accused Device includes a first seat mounted to a frame.<br><br><br><br>The Accused Device's first seat includes a first seat surface for supporting a child seated thereon, and further comprising side walls extending upwardly from opposite lateral sides of the first seat surface.<br><br> |

[21.2] a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the highchair, the second seat further comprising a lower portion configured for detachable engagement with the first seat in the first configuration of the highchair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the highchair with the second seat detached from the first seat.

The Accused Device includes a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the highchair.



The Accused Device's second seat includes a lower portion configured for detachable engagement with the first seat in the first configuration of the highchair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the highchair with the second seat detached from the first seat.

 

**Claim 22**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [22.pre] The convertible children's highchair of claim 21, | *See* Infringement Analysis and citations in connection with claim 21. |
| [22.1] wherein the frame comprises a first base frame member having first and second ends, a first pair of upward frame members extending upwardly from the first and second ends of the first base frame member, a second base frame member having first and second ends, and a second pair of upward frame members extending upwardly from the first and second ends of the second base frame member. | *See* Infringement Analysis and citations in connection with claim 3 at element [3.1]. |

**Claim 23**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [23.pre] The convertible children's highchair of claim 22, | *See* Infringement Analysis and citations in connection with claims 21–22. |
| [23.1] further comprising wheels positioned adjacent the first and second ends of the first and second base frame members. | *See* Infringement Analysis and citations in connection with claim 4 at element [4.1]. |

# U.S. Patent No. 11,534,006 re Table2Table LX 6-in-1 Highchair

The following claim charts show exemplary aspects of the Table2Table LX 6-in-1 Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair.<br> |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.1] a frame configured for resting on a floor; | The Accused Device includes a frame configured for resting on a floor.  |

[1.2] a first child seat defining a first seating surface, the first child seat being coupled to the frame with the first seating surface supported above the floor; and

The Accused Device includes a first child seat defining a first seating surface.



The Accused Device's first child seat may be coupled to the frame with the first seating surface supported above the floor.

 

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.3] a second child seat comprising an upper portion defining a second seating surface configured for supporting a child, and a lower portion having a lower surface configured for resting on a flat support surface and supporting the second child seat in a stable upright position on the flat support surface, | The Accused Device includes a second child seat comprising an upper portion defining a second seating surface configured for supporting a child. |



The Accused Device includes a second child seat with a lower portion having a lower surface configured for resting on a flat support surface and supporting the second child seat in a stable upright position on the flat support surface.



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.4] wherein the upper and lower portions of the second child seat are configured for detachably coupling to the first child seat. | The Accused Device's upper and lower portions of the second child seat are configured for detachably coupling to the first child seat.  |

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's highchair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [5.1] wherein the first child seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of the first seating surface, configured to function as armrests for a child seated on the first child seat. | The Accused Device's first child seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of the first seating surface, configured to function as armrests for a child seated on the first child seat.  |

**Claim 6**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.pre] The convertible children's highchair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [6.1] wherein the upper portion of the second child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the second seating surface, configured to function as armrests for a child seated on the second child seat. | The Accused Device's upper portion of the second child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the second seating surface, configured to function as armrests for a child seated on the second child seat.  |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [7.pre] The convertible children's highchair of claim 6, | *See* Infringement Analysis and citations in connection with claims 1 and 5–6. |

| **Claim Text** | **Exemplary Infringement Analysis** |
| --- | --- |
| [7.1] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the second child seat is coupled to the first child seat. | The Accused Device's second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the second child seat is coupled to the first child seat.  |

**Claim 8**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.pre] A convertible children's highchair comprising | The Accused Device is a convertible children's highchair.  |
| [8.1] a child seat, the child seat comprising a first part comprising a support base for supporting the child seat on a standard chair, and | The Accused Device includes a child seat, the child seat comprising a first part comprising a support base for supporting the child seat on a standard chair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.2] a second part comprising a child seat support surface for supporting a child seated thereon, | The Accused Device's child seat includes a second part comprising a child seat support surface for supporting a child seated thereon.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.3] wherein the first part and the second part are configured for detachable engagement with a support frame comprising a support frame seat for supporting a child seated thereon. | The Accused Device's first part and the second part are configured for detachable engagement with a support frame comprising a support frame seat for supporting a child seated thereon.  |

**Claim 12**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [12.pre] The convertible children's highchair of claim 8, | *See* Infringement Analysis and citations in connection with claims 8 and 10–11. |
| [12.1] wherein the support frame seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of a support frame seating surface, configured to function as armrests for a child seated on the support frame seat. | *See* Infringement Analysis and citations in connection with claim 5 at element [5.1]. |

**Claim 13**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.pre] The convertible children's highchair of claim 12, | *See* Infringement Analysis and citations in connection with claims 8 and 10–12. |
| [13.1] wherein the second part of the child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the child seat support surface, configured to function as armrests for a child seated on the child seat support surface. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 14**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.pre] The convertible children's highchair of claim 13, | *See* Infringement Analysis and citations in connection with claims 8 and 10–13. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [14.1] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the child seat is engaged with the support frame. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

## Claim 15

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [15.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [15.1] a frame; | The Accused Device includes a frame. |



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [15.2] a first seat coupled to the frame to form a base assembly; and | The Accused Device includes a first seat coupled to the frame to form a base assembly. |



[15.3] a second seat detachably coupled to the base assembly in a first configuration of the convertible children's highchair, the second seat comprising an upper surface for receiving a child seated thereon, and the second seat further comprising a lower portion for supporting the second seat on a separate support surface in a second configuration of the convertible children's highchair with the second seat detached from the base assembly.

The Accused Device includes a second seat detachably coupled to the base assembly in a first configuration of the convertible children's highchair.



The Accused Device's second seat includes an upper surface for receiving a child seated thereon.

| Claim Text | Exemplary Infringement Analysis |
|---|---|



The Accused Device's second seat includes a lower portion for supporting the second seat on a separate support surface in a second configuration of the convertible children's highchair with the second seat detached from the base assembly.



**Claim 16**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [16.pre] The convertible children's highchair of claim 15, | *See* Infringement Analysis and citations in connection with claim 15. |
| [16.1] wherein the lower portion of the second seat is configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair. | The lower portion of the Accused Device's second seat is configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair.<br><br>  |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [17.pre] The convertible children's highchair of claim 16, | *See* Infringement Analysis and citations in connection with claims 15–16. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [17.1] wherein an upper portion of the second seat comprising the upper surface is also configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair. | The upper surface of the Accused Device's second seat is also configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair.   |

## Claim 18

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [18.pre] The convertible children's highchair of claim 17, | *See* Infringement Analysis and citations in connection with claims 15–17. |
| [18.1] wherein the first seat comprises a first pair of shoulders extending upwardly from opposite lateral sides thereof and configured to function as armrests for a child seated on the first seat, and | *See* Infringement Analysis and citations in connection with claim 5 at element [5.1]. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [18.2] wherein the upper portion of the second seat comprises a second pair of shoulders extending upwardly from opposite lateral sides thereof and configured to function as armrests for a child seated on the second seat, and | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |
| [18.3] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders in the first configuration of the convertible children's highchair. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 21**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [21.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [21.1] a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising side walls extending upwardly from opposite lateral sides of the first seat surface; and | The Accused Device includes a first seat mounted to a frame.  The Accused Device's first seat includes a first seat surface for supporting a child seated thereon, and further comprising side walls extending upwardly from opposite lateral sides of the first seat surface.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [21.2] a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the highchair, the second seat further comprising a lower portion configured for detachable engagement with the first seat in the first configuration of the highchair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the highchair with the second seat detached from the first seat. | The Accused Device includes a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the highchair. |



The Accused Device's second seat includes a lower portion configured for detachable engagement with the first seat in the first configuration of the highchair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the highchair with the second seat detached from the first seat.

 

# U.S. Patent No. 11,534,006 re Table2Table Premier Fold Highchair

The following claim charts show exemplary aspects of the Table2Table Premier Fold Highchair, (the "Accused Device") that is the basis for infringement of the claims identified as Asserted Claims in the Complaint. The chart is exemplary and should not be read to limit Kids2's claims to the specific products described below. The chart should also not be read to limit Kids2's claims to the patent claims charted below. Nor should the chart below be read to limit how the Accused Device infringes the claims below.

**Claim 1**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.1] a frame configured for resting on a floor; | The Accused Device includes a frame configured for resting on a floor.  |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [1.2] a first child seat defining a first seating surface, the first child seat being coupled to the frame with the first seating surface supported above the floor; and | The Accused Device includes a first child seat defining a first seating surface.<br><br><br><br>The Accused Device's first child seat may be coupled to the frame with the first seating surface supported above the floor.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.3] a second child seat comprising an upper portion defining a second seating surface configured for supporting a child, and a lower portion having a lower surface configured for resting on a flat support surface and supporting the second child seat in a stable upright position on the flat support surface, | The Accused Device includes a second child seat comprising an upper portion defining a second seating surface configured for supporting a child.<br><br><br><br>The Accused Device includes a second child seat with a lower portion having a lower surface configured for resting on a flat support surface and supporting the second child seat in a stable upright position on the flat support surface.<br><br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [1.4] wherein the upper and lower portions of the second child seat are configured for detachably coupling to the first child seat. | The Accused Device's upper and lower portions of the second child seat are configured for detachably coupling to the first child seat. |

 

**Claim 5**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.pre] The convertible children's highchair of claim 1, | *See* Infringement Analysis and citations in connection with claim 1. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [5.1] wherein the first child seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of the first seating surface, configured to function as armrests for a child seated on the first child seat. | The Accused Device's first child seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of the first seating surface, configured to function as armrests for a child seated on the first child seat.<br> |

## Claim 6

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.pre] The convertible children's highchair of claim 5, | *See* Infringement Analysis and citations in connection with claims 1 and 5. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [6.1] wherein the upper portion of the second child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the second seating surface, configured to function as armrests for a child seated on the second child seat. | The Accused Device's upper portion of the second child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the second seating surface, configured to function as armrests for a child seated on the second child seat.<br><br> |

**Claim 7**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.pre] The convertible children's highchair of claim 6, | *See* Infringement Analysis and citations in connection with claims 1 and 5–6. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [7.1] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the second child seat is coupled to the first child seat. | The Accused Device's second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the second child seat is coupled to the first child seat.<br><br> |

**Claim 8**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [8.pre] A convertible children's highchair comprising | The Accused Device is a convertible children's highchair.<br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.1] a child seat, the child seat comprising a first part comprising a support base for supporting the child seat on a standard chair, and | The Accused Device includes a child seat, the child seat comprising a first part comprising a support base for supporting the child seat on a standard chair.  |
| [8.2] a second part comprising a child seat support surface for supporting a child seated thereon, | The Accused Device's child seat includes a second part comprising a child seat support surface for supporting a child seated thereon.  |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [8.3] wherein the first part and the second part are configured for detachable engagement with a support frame comprising a support frame seat for supporting a child seated thereon. | The Accused Device's first part and the second part are configured for detachable engagement with a support frame comprising a support frame seat for supporting a child seated thereon.  |

**Claim 12**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [12.pre] The convertible children's highchair of claim 8, | *See* Infringement Analysis and citations in connection with claims 8 and 10–11. |
| [12.1] wherein the support frame seat comprises a first pair of shoulders extending upwardly from opposite lateral sides of a support frame seating surface, configured to function as armrests for a child seated on the support frame seat. | *See* Infringement Analysis and citations in connection with claim 5 at element [5.1]. |

**Claim 13**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [13.pre] The convertible children's highchair of claim 12, | *See* Infringement Analysis and citations in connection with claims 8 and 10–12. |
| [13.1] wherein the second part of the child seat further comprises a second pair of shoulders extending upwardly from opposite lateral sides of the child seat support surface, configured to function as armrests for a child seated on the child seat support surface. | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |

**Claim 14**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [14.pre] The convertible children's highchair of claim 13, | *See* Infringement Analysis and citations in connection with claims 8 and 10–13. |
| [14.1] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders when the child seat is engaged with the support frame. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

**Claim 15**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [15.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair.<br> |
| [15.1] a frame; | The Accused Device includes a frame.<br> |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [15.2] a first seat coupled to the frame to form a base assembly; and | The Accused Device includes a first seat coupled to the frame to form a base assembly.  |

| | |
|---|---|
| [15.3] a second seat detachably coupled to the base assembly in a first configuration of the convertible children's highchair, the second seat comprising an upper surface for receiving a child seated thereon, and the second seat further comprising a lower portion for supporting the second seat on a separate support surface in a second configuration of the convertible children's highchair with the second seat detached from the base assembly. | The Accused Device includes a second seat detachably coupled to the base assembly in a first configuration of the convertible children's highchair. |



The Accused Device's second seat includes an upper surface for receiving a child seated thereon.



The Accused Device's second seat includes a lower portion for supporting the second seat on a separate support surface in a second configuration of the convertible children's highchair with the second seat detached from the base assembly.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |  |

**Claim 16**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [16.pre] The convertible children's highchair of claim 15, | *See* Infringement Analysis and citations in connection with claim 15. |

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [16.1] wherein the lower portion of the second seat is configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair. | The lower portion of the Accused Device's second seat is configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair.<br><br> |

**Claim 17**

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [17.pre] The convertible children's highchair of claim 16, | *See* Infringement Analysis and citations in connection with claims 15–16. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [17.1] wherein an upper portion of the second seat comprising the upper surface is also configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair. | The upper surface of the Accused Device's second seat is also configured for detachable engagement with the first seat in the first configuration of the convertible children's highchair.  |

**Claim 18**

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.pre] The convertible children's highchair of claim 17, | *See* Infringement Analysis and citations in connection with claims 15–17. |
| [18.1] wherein the first seat comprises a first pair of shoulders extending upwardly from opposite lateral sides thereof and configured to function as armrests for a child seated on the first seat, and | *See* Infringement Analysis and citations in connection with claim 5 at element [5.1]. |

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [18.2] wherein the upper portion of the second seat comprises a second pair of shoulders extending upwardly from opposite lateral sides thereof and configured to function as armrests for a child seated on the second seat, and | *See* Infringement Analysis and citations in connection with claim 6 at element [6.1]. |
| [18.3] wherein the second pair of shoulders define recessed bottom surfaces configured to receive the first pair of shoulders in the first configuration of the convertible children's highchair. | *See* Infringement Analysis and citations in connection with claim 7 at element [7.1]. |

## Claim 21

| Claim Text | Exemplary Infringement Analysis |
| --- | --- |
| [21.pre] A convertible children's highchair comprising: | The Accused Device is a convertible children's highchair. |



| Claim Text | Exemplary Infringement Analysis |
|---|---|
| [21.1] a first seat mounted to a frame, the first seat comprising a first seat surface for supporting a child seated thereon, and further comprising side walls extending upwardly from opposite lateral sides of the first seat surface; and | The Accused Device includes a first seat mounted to a frame.<br><br><br><br>The Accused Device's first seat includes a first seat surface for supporting a child seated thereon, and further comprising side walls extending upwardly from opposite lateral sides of the first seat surface.<br><br> |

[21.2] a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the highchair, the second seat further comprising a lower portion configured for detachable engagement with the first seat in the first configuration of the highchair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the highchair with the second seat detached from the first seat.

The Accused Device includes a second seat comprising an upper portion having shoulders defining recessed bottom surfaces configured to engage over the sidewalls of the first seat in a first configuration of the highchair.



The Accused Device's second seat includes a lower portion configured for detachable engagement with the first seat in the first configuration of the highchair and for supporting the second seat in a stable upright position on a support surface in a second configuration of the highchair with the second seat detached from the first seat.

| Claim Text | Exemplary Infringement Analysis |
|---|---|
| |   |